SEC EX REL. Janice Champion Relator
46601 Bautista Canyon Road
Hemet, California [92544]
951-260-0138
ausgeglichen@aol.com
NO FAX



UNITED STATES DISTRICT COURT

EASTERN DIVISION OF CALIFORNIA

SEC EX REL. JANICE CHAMPION

        Relator,

vs.

PLAZA HOME MORTGAGE INC.. TRUSTEE LAND
AMERICA-SOUTH LAND TITLE, KATHLEEN
JACOBS, DOOL & ASSOCIATES, HG LONG &
ASSOCIATES, JOSEPH VALDEZ and LIBERTY
FUND LLC.,STANLEY SNIFF, C BRIZONE
        Defendants

Case No.: [Number]

ED CV18-00866 VAP (FFMx)

COMPLAINT FOR VIOLATION OF THE FEDERAL
AND CALIFORNIA SECURITIES LAWS

Plaintiff Securities and Exchange Commission ("Commission") EX REL. Janice Champion Relator alleges as follows:

## JURISDICTION AND VENUE

1.      This Court has jurisdiction over this action pursuant to Sections 20(b), 20(d)(l), and 22(a) of the Securities Act of 1933 ("Securities Act"), 15 U.S.C. §§77t(b), 77t(d)(l), & 77v(a), and Sections 21(d)(l), 21(d)(3)(A), 21(e), and 27 of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. §§ 78u(d)(l), 78u(d)(3)(A), 78u(e), & 78aa. Defendants have, directly or indirectly, made use of the means or instrumentalities of interstate commerce, of the mails, or of the facilities of a national securities exchange, in connection with the transactions, acts, practices, and courses of business alleged in this complaint.

2.      Venue is proper in this district pursuant to Section 22(a) of the Securities Act, 15 U.S.C. § 77v(a) and Section 27 of the Exchange Act, 15 U.S.C. § 78aa, because certain of the transactions, acts, practices, and courses of conduct constituting violations of the federal securities laws occurred within this district.

Defendants have solicited residents of this district.

## SUMMARY

COMPLAINT FOR VIOLATION OF THE FEDERAL AND CALIFORNIA SECURITIES LAWS - 1

3.      This case involves an ongoing "prime bank," Ponzi scheme being perpetrated by PLAZA HOME MORTGAGE INC.. TRUSTEE LAND AMERICA-SOUTHLANDTITLE KATHLEEN JACOBS, DOOL & ASSOCIATES, HG LONG & ASSOCIATES, JOSEPH VALDEZ and LIBERTY FUND LLC, STANLEY SNIFF, C BRIZONE its principals,  (collectively, "defendants"). From October 06, 2006 through April 2018, the defendants have raised at least $24.5 million from investors nationwide, including In California, by selling unregistered securities in the form of 30 year promissory notes, through DARK POOLS.

4.      The defendants represent that DARK POOLS investor funds to engage in "buy/sell" transactions in a bank trading program replete with the characteristics of a fraudulent "prime bank" scheme - specifically, a secret, invitation-only, bank trading program that yields returns ranging from 5% to 50% per month. Defendants represented that one of their trading programs purportedly earned investors 500% in just 60 days. The defendants also represent that an investor's principal is secured by a "pre-funded, cash-back instrument" issued by a top U.S. bank, which purportedly restricts the Bank's trading program to completely risk-free transactions.

5.      Contrary to their representations, the defendants instead are promoting a fictitious prime bank trading program and operating a Ponzi scheme. The defendants paid investors and sales agents $17.5 million, but at least $8.2 million, · or 46.9%, of those investor returns came from investor funds. The defendants also misappropriated at least $2.5 million in investor funds to support themselves and . finance other businesses.

6.      Defendants' fraudulent conduct is ongoing. Defendants now are operating under the name JOE VALDEZ, DOOL & ASSSOCIATES. And LIBERTY FUND LLC, are continuing to solicit investors, and are directing investors to wire their investment funds to an accounts in California.

7.      The California Corporate Securities Law of 1968 §§ 25540 and 25541 are the criminal charging sections of the Corporations Code in California, which the above named Defendants have committed and violated repeatedly by selling unregistered securities in violation of the California Blue Sky Laws §25541 by the Use of a device and a fake  deed of trust and a  scheme or artifice to defraud Plaintiff through; fraudulent practices as outlined more fully above. Other types of securities schemes marketed widely include offerings of promissory note investments, often to fund purported business start-ups, and viatical investments/life settlements which involve purported returns from investments in life insurance contracts.

COMPLAINT FOR VIOLATION OF THE FEDERAL AND CALIFORNIA SECURITIES LAWS - 2

8. The defendants, by engaging in the conduct described in this complaint, have violated, and unless enjoined will continue to violate, the securities registration and antifraud provisions of the Securities Act and the Exchange Act. By this complaint, the Commission seeks a temporary restraining order and asset freeze, preliminary and permanent injunctions, disgorgement with prejudgment interest, an accounting, all order prohibiting the destruction of documents, and civil penalties against all of the defendants. The Commission also seeks the appointment 'of a receiver over PLAZA HOME MORTGAGE, INC . TRUSTEE LAND AMERICA-SOUTHLAND TITLE, DOOL ASSOCIATES, JOE VALDEZ and LIBERTY FUND LLC  STANLEY SNIFF, C BRIZONE Finally, the Commission seeks an order requiring the defendants to repatriate their assets to the. United States.

9. The sale on October 06, 2006 of the Security as a Investment Contract  by PLAZA HOME MORTGAGE INC.TRUSTEE LAND AMERICA-SOUTHLAND TITLE was not Qualified under §§ 25111, 25112, or 25113 (and no other § 25140 or subdivision (a) of § 25143 was in effect with respect to such qualification) and the security or transaction is not exempted and is subject to such qualification and subject to qualification under Chapter 1 (commencing with § 25100 of this part and is an unqualified offer and sale . [The term "registration statement" as used in this section includes an offering statement as defined by Rule 252(a) under Regulation A (17 C.F.R. 230.252(a)) under the Securities Act of 1933, as amended. The term "effective," as used in this section in connection with an offering statement, means an offering statement that has been qualified under Regulation A of the Securities Act of 1933.

10. PLAZA HOME MORTGAGE INC.TRUSTEE LAND AMERICA-SOUTHLAND TITLE and the other named Defendants have not filed Registration Statements or Offering Statements with Securities Exchange Commission.

## THE DEFENDANTS

11. Defendants  PLAZA HOME MORTGAGE, INC. the Original de Facto Servicing Company on  Document # 08610145 on October 06, 2006 is a CALIFORNIA CAPITAL STOCK and AGRICULTURE
COMPLAINT FOR VIOLATION OF THE FEDERAL AND CALIFORNIA SECURITIES LAWS - 3

COOPERATIVE CORPORATION a/k/a FARMERS CO-OP under the Agriculture Adjustment Act of 1938 (Feb. 16, 1938, chapter 30, § 1, 52 Stat. 31.) codified to 7 USCS § 1281 and the de facto TRUSTEE LAND AMERICA-SOUTHLAND TITLE created and used a FAKE, FORGED, COUNTERFEIT FICTITIOUS DEED OF TRUST and NOTE on Loan # 08610145 on 10/26/2006 to create a FAKE, COUNTERFEIT LOAN, DEFAULT, LIEN, MORTGAGE, ASSIGNMENTS, TRANSFERS, CONVEYANCES, ROBOSIGNERS, TRUSTEES DEED UPON SALE and SECURITY INTEREST WITH AN UNMARKETABLE TITLE and EXTINGUISHING EQUITY OF REDEMPTION, WITH A CLOUD ON Plaintiffs TITLE in violation of §§ 2920 (b), 2923.3, 2924(a), 2924f, 2924h(b), 2934(a) 2952, 2923.55 and 5715 of the CAL. CIV. CODE, § 9102 (28) (65) and § 2105 OF THE CAL. COMMERCIAL CODE as the FEDERAL SOURCE OF ADMIRALTY MARITIME LAW and §§ 476 and 186.9 of The CAL. PENAL CODE and are MISPRISION OF FELONY VIOLATIONS under 18 U.S.C. § 4. PLAZA HOME MORTGAGE, INC and the TRUSTEE LAND AMERICA-SOUTHLAND TITLE are not registered with the Securities Exchange Commission, and no registration statement has been filed or is in effect with respect to Their note offering.

12. Defendants PLAZA HOME MORTGAGE, INC. TRUSTEE LAND AMERICA-SOUTHLAND TITLE, DOOL ASSOCIATES, JOE VALDEZ and LIBERTY FUND LLC, reside in California, JOE VALDEZ and LIBERTY FUND LLC, STANLEY SNIFF, C BRIZONE as Employees Chief Executive Officer, Chairman, Manager, Director, and President controls at least one of the accounts containing investor funds and digital currency account. They are not registered with the Commission.

13. JOE VALDEZ A/K/A LIBERTY FUND LLC FILE NUMBER IS A FICTITOUS PRIVATELY OWNED BUSINESS ENTITY CONDUCTING BUSINESS THROUGHOUT THE UNITED STATES USING THE FOLLOWING FICTITOUS BUSINESS NAMES 6034843, SP STRATEGIC ACQUISITIONS II LLC, 6020382 SP STRATEGIC ACQUISITIONS LLC, 5582758 STRATEGIC ACQUISITIONS GROUP INC., 5018369 STRATEGIC ACQUISITIONS INVESTMENT GROUP, LLC, 4094381 STRATEGIC ACQUISITIONS LLC, 2208058 STRATEGIC ACQUISITIONS, INC., 2059257 STRATEGIC ACQUISITIONS, INC. AND 3185372 STRATEGIC ACQUISITIONS, LLC.

### THE FRADULENT SCHEME

A. THE OFFERING MATERIALS AND THE SECURITY
COMPLAINT FOR VIOLATION OF THE FEDERAL AND CALIFORNIA SECURITIES LAWS - 4

14. Defendants acts include but are not limited using fictitious Deeds of Trust utilizing Fake Mortgage Documents, Money Laundering, Racketeering and Corrupt Organization in violation of title 18 §§ 1956-1960. Defendants have not reported the transfers, conversions, distributions and terminations to the Internal Revenue Service by filing TAX FORMS 1096, 1098 and 1099OID Tax Returns showing who the Recipients of the Capital are.

15. Plaintiffs/Relator Have filed the following IRS TAX FORMS, PROOF OF CLAIM FORMS 4490, 10492 Notice of Federal Taxes Due and 2373 Statement of Federal Taxes due as a Cost do to the Administration of Janice Champions Estate with the HEMET SUPERIOR COURTHOUSE notifying Defendants of the above failure to file Tax Returns with the intent to Evade the Tax under §§ 7201, 7202 and 7203 of title 26 USC which have been largely ignored.

16. Plaintiff/Relator Janice Champion has filed the following PROOF OF CLAIM FORMS 4490, 10492 EXHIBITS 13,16,17 Notice of Federal Taxes Due   and 2373 Statement of Federal Taxes due as a Cost do to the Administration of Janice Champions Estate with the Internal Revenue Service.

17. Defendants Owe more than 2,000,000.00 U.S. DOLLARS to the United States under Title 31 USC § 3713(a)(b) of the United States Code Annotated as Capital Transfer Taxes.

B.   DEFENDANTS SALES EFFORTS

18. Defendants represent to prospective investors that their principal is secured by a "pre-funded, cash-back instrument" secured by the "top U.S. banks," namely, JP Morgan, Wells Fargo, and Bank of America. The defendants describe the "pre-funded, cash-back instrument" as a high-grade, AA-rated, bank instrument equal in value to the investor's principal. The defendants assure prospective investors that the bank instrument is "immediately liquid" and can be converted to cash at any time if an investor changes his or her mind about participating in the bank trading program. As is typical of prime bank schemes, the defendants characterize the bank trading program as "very, very private," "by invitation only," and usually off-limits to small investors.

19. Defendants create an expectation that the bank trading program is a secured investment of investors' money with a corresponding expectation of profit derived from the efforts of the defendants.

20. The undisclosed use of new investor funds to pay existing investors constitutes a Ponzi scheme.

C. DEFENDANTS MISAPPROPRIATING INVESTORS FUNDS

I.      The Defendants are Misappropriating Investor Funds;
COMPLAINT FOR VIOLATION OF THE FEDERAL AND CALIFORNIA SECURITIES LAWS - 5

21. In addition to conducting a Ponzi scheme, the defendants misappropriated at least $2.5 million in investor funds. Rather than using investor funds for the bank trading program, the defendants used the funds to subsidize their own bank accounts and to finance other businesses they control.

II.    The Defendants Are Acting With Scienter

22.    Based on the foregoing, the defendants know, or are reckless in not knowing, that the bank trading program is fraudulent. The defendants also know, or are reckless in not knowing, that their use of investor funds to operate a Ponzi scheme is improper and fraudulent. Further, the defendants know, or are reckless in not knowing, that their misappropriation of investor funds is improper and fraudulent. The defendants also know, or are reckless in not knowing, that their promotion and sale of a fictitious prime bank scheme is improper and fraudulent.

<u>ASSET DISSIPATION AND ONGOING FRAUD</u>

23. There is a reasonable likelihood that defendants' fraudulent conduct will continue if they are not enjoined. materials describe the investment in similar terms, and some investors have rolled their investment into DARK POOLS.

**FIRST CAUSE OF ACTION**

UNREGISTERED OFFER AND SALE OF SECURITIES

Violations of Section 5(a) and 5(c) of the Securities Act ;

24. The Commission re alleges and incorporates by reference each and every allegation set forth above.

25. The defendants, and each of them, by engaging in the conduct described above, directly or indirectly, made use of means or instruments of transportation or communication in interstate commerce or of the mails, to offer to sell or to sell securities, or to carry or cause such securities to be carried through the mails or in interstate commerce for the purpose of sale or for delivery after sale.

26. No registration statement has been filed with the Commission or has been in effect with respect to the offering alleged herein.

27. By engaging in the conduct described above, each of the defendants violated, and unless restrained and enjoined will continue to violate, Section 5(a) and 5(c) of the Securities Act, 15 U.S.C. §§ 77e(a) and 77e(c).

**SECOND CLAIM FOR RELIEF**

FRAUD IN THE OFFER OR SALE OF SECURITES

Violations of Section 17(a) of the Securities Act;

COMPLAINT FOR VIOLATION OF THE FEDERAL AND CALIFORNIA SECURITIES LAWS - 6

28. The Commission alleges and in corporate by reference each and every allegation set forth above.

29. The defendants, and each of them, by engaging in the conduct described above, directly or indirectly, in the offer or sale of securities by the use of means or instruments of transportation or communication in interstate commerce or by use of the mails

        a.) with scienter, employed devices, schemes, or artifices to defraud;

        b.) obtained money or property by means of untrue statement of a material fact or by omitting to state material fact necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading; or,

        c.) engaged in transactions, practices, or courses of business which operated or would operate as a fraud or deceit upon the purchaser.

30.     By engaging in the conduct described above; each of the defendants violated, and unless restrained and enjoined will continue to violate, Section 17(a) of the Securities Act, 15 U.S.C. § 77q(a).

**THIRD CLAIM FOR RELIEF**

**FRAUD IN CONNECTION WITH THE PURCHASE OR SALE OF SECURITES**

Violations of Section 10(b) of the Exchange Act and Rule 10b-5 thereunder;

31. The Commission realleges and incorporates by reference each and every allegation set forth above.

32. The defendants, and each of them, by engaging in the conduct described above, directly or indirectly, in connection with the purchase or sale of a security, by the use of means or instrumentalities of interstate commerce, of the mails, or of the facilities of a national securities exchange, with scienter:

a.) employed devices, schemes, or artifices to defraud;

b.) made untrue statements of a material fact or omitted to state a material fact necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading; or

c.) engaged in acts, practices, or courses of business which operated or would operate as a fraud or deceit upon oilier persons.

33. By engaging in the conduct described above, each of the defendants violated, and unless restrained and enjoined will continue to violate, Section I 0(b) of the Exchange Act, 15 U.S.C. § 78j(b), and Rule 10b-5 there under, 17 C.F.R. § 24Q.}0bc5.

**PRAYER FOR RELIEF**

COMPLAINT FOR VIOLATION OF THE FEDERAL AND CALIFORNIA SECURITIES LAWS - 7

WHEREFORE, Janice Champion and the Commission respectfully requests that the Court:

        I.      Issue findings of fact and conclusions of law that the defendants committed the alleged violations.

        II.      Issue judgments, in a form consistent with Fed. R. Civ. P. 65(d), temporarily, preliminarily, and permanently enjoining the defendants and their officers, agents, servants, employees, and attorneys, and those persons in active concert or participation with any of them, who receive actual notice of the order or judgment by personal service or otherwise, and each of them, from violating Sections 5(a), 5(c), and 17(a) of the Securities Act, 15 U.S.C. §§ 77e(a), 77e(c), and 77q(a), and Section 10(b) of the Exchange Act, 15 U.S.C. § 78j(b), and Rule 10b-5 thereunder, 17 C.F.R. § 240.10b-5.

III.      Issue, in a form consistent with Fed. R. Civ. P. 65, a temporary restraining order and preliminary injunction freezing the assets of each of the defendants, appointing a receiver over the above named defendant, repatriating the assets of each of the defendants to the United States, prohibiting each of the defendants from destroying documents, and requiring accountings from each of the defendants,

IV. Order each defendant to disgorge all ill-gotten gains from their illegal conduct, together with prejudgment interest thereon;

V. Order defendants to pay civil penalties under Section 20(d) of the Securities Act, 15 U.S.C. § 77t(d), and Section 21(d)(3) of the Exchange Act, 15 U.S.C. §78u(d)(3).

        VI.      Plaintiffs have an AG Lien under. Janice Champion has Agricultural Liens as an AGRICULTURAL PRODUCER'S LIEN under CAL. FOOD & AGRICULTURE CODE §§ 55631-55653 (2017) and a WAREHOUSE LIEN under the CAL. COM. CODE §§7201-7210 (2017), a CARRIER'S LIEN. THE CAL. COM. CODE § 7301-7309 (2017) and an ISSUERS LIEN under §§ 3105 (a)(b)(c), 4102 Applicability (a)(b) and § 8209 of the CAL.COMM. CODE.

VII.     Retain jurisdiction of this action in accordance with the principles of equity and the Federal Rules of Civil Procedure in order to implement and carry out the terms of all orders and decrees that may be entered, or to entertain any suitable application or motion for additional relief within the jurisdiction of this Court.

VIII.    Grant such other and further relief as this. Court may determine to be just and necessary.

COMPLAINT FOR VIOLATION OF THE FEDERAL AND CALIFORNIA SECURITIES LAWS - 8

Dated this  25  of April, 2018.

By: _Janice Champion Relator_
SEC EX REL. Janice Champion Relator

## VERIFICATION OF COMPLAINT

Plaintiff Janice Champion Certifies and Declares the following, that She has read the above COMPLAINT and

knows that all Facts stated here within are true and correct to the best of Her knowledge and belief under penalties

of Perjury of the Laws of the United States of America.

Dated this        day of April 2018

By: Relator _Janice Champion_
Relator Janice Champion

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**                    CIVIL CODE § 1189

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of _Riverside_ )
                      )

On __4/25/2018__ before me, _Heather Munson, Notary Public_,
Date                              *Here Insert Name and Title of the Officer*

personally appeared _Janice Champion_

*Name(s) of Signer(s)*

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _Heather Munson_

*Signature of Notary Public*

HEATHER MUNSON
COMM. # 2105882
NOTARY PUBLIC-CALIFORNIA
RIVERSIDE COUNTY
MY COMM. EXP. APR. 5, 2019

*Place Notary Seal Above*

─────────────── **OPTIONAL** ───────────────

*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: _Complaint for Violation of Federal & CA Securities Laws_
Document Date: _4/25/2018_                    Number of Pages: _9_
Signer(s) Other Than Named Above: _N/A_

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____        Signer's Name: _____
☐ Corporate Officer — Title(s): _____     ☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General            ☐ Partner — ☐ Limited ☐ General
☐ Individual  ☐ Attorney in Fact            ☐ Individual  ☐ Attorney in Fact
☐ Trustee  ☐ Guardian or Conservator        ☐ Trustee  ☐ Guardian or Conservator
☐ Other: _____           ☐ Other: _____
Signer Is Representing: _____       Signer Is Representing: _____

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

©2015 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)    Item #5907

11

MC-030

**ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, State Bar number, and address):*

Janice Champion
46601 Bautista Rd
Hemet, CA 92544

TELEPHONE NO.: 951-260-0138    FAX NO. *(Optional)*:

E-MAIL ADDRESS *(Optional)*:

ATTORNEY FOR *(Name)*:

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** SUPERIOR COURT OF CALIFORNIA
STREET ADDRESS: County of Riverside
MAILING ADDRESS: HEMET BRANCH
CITY AND ZIP CODE: 880 N. State Street
BRANCH NAME: Hemet, CA 92543

**PLAINTIFF/PETITIONER:**

**DEFENDANT/RESPONDENT:**

**DECLARATION**

**FOR COURT USE ONLY**

F I L E D
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE

APR 13 2018

A. Valencia

CASE NUMBER:
HEC1800310

---

I Janice Champion file in case # HEC1800310

Dool v Janice Champion

    FORM 56  2 pg
    Form 4490
    Form 10492
    Form 2373

Plus Cover sheet  6 PGS Total

---

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 4-13-2018

Champion, Janice
    (TYPE OR PRINT NAME)

Champion, Janice
    (SIGNATURE OF DECLARANT)

☐ Attorney for  ☐ Plaintiff  ☐ Petitioner  ☐ Defendant
☐ Respondent  ☐ Other *(Specify)*:

12
EXHIBIT

| Form **10492** (Rev. January 2005) | Department of the Treasury — Internal Revenue Service **Notice of Federal Taxes Due** | Escrow or Docket number HEC1800310 |
|---|---|---|

**To** *(Name of Escrow Holder, Agent of Taxpayer, or Fiduciary)*

KATHLEEN JACOBS

Amount due $ 1,890,800.00

Address *(Number, Street, P.O. Box, City, State, ZIP code)*

880 N. STATE STREET    HEMET, CA 92543

**You are hereby notified that there is now due, owing, and unpaid from —**

Name of taxpayer KATHLEEN JACOBS

Address *(Number, Street, P.O. Box, City, State, ZIP code)*

880 N. STATE STREET    HEMET, CA 92543

**to the United States of America, the sum of**  $1,890,800.00

**for Internal Revenue taxes secured by a lien pursuant to Internal Revenue Code** *(IRC)* **Sections 6321 and 6322, or the Estate Tax Lien arising under IRC Section 6324, from the date of each assessment.**

| Kind of Tax and Period | Taxpayer EIN or SSN | Assessment Date | Unpaid Assessed Balance | Accrued Interest | Accrued Late Payment Penalty | TOTAL |
|---|---|---|---|---|---|---|
| USC 2611 (a)(1) DISTRIBUTION 2-20-2018 | | 02-14-2018 | | 10% | | $633,600.00 |
| USC 2611 (2)(A)(B)(C) TRANSFER 3-14-2018 | | 03-14-2018 | | 10% | | $633,600.00 |
| USC 2612 TAXABLE TERMINATION | | 03-14-2018 | | 10% | | $633,600.00 |
| TOTAL | | | | | | $1,890,800.00 |

| Date after which additional interest will be charged ᵘ | | Dated at ____ this 11 day |
| Date after which applicable late payment penalty will be charged ᵘ | | of APRIL ____, 20 18 |

If a Notice of Federal Tax Lien(s) has been recorded, a *Certificate of Release of Federal Tax Lien* will be filed immediately *only if payment is made in cash or by either a certified, cashier's, or treasurers check. The check must be drawn on any bank or trust company incorporated under the laws of the United States, or of any state or possession of the United States. Payment also can be made by a United States postal, bank, express, or telegraph money order. If you pay by personal check, issuance of the certificate of release will be delayed until the bank honors the check.*

**Caution to Fiduciaries:** For personal liability for failure to honor priority of debts due the United States, see sections 3466 and 3467 of the revised statutes *(31 U.S.C. 191, 192).*

Please make payment payable to the **United States Treasury** and send it to the Internal Revenue Service at the address below.

| By *(Name)* | Title | ID number | Telephone number ( ) |
|---|---|---|---|

Address *(Number, Street, P.O. Box, City, State, ZIP code)*

US Internal Revenue Service
Tax Department
556 S Pso Dorotea #1,
Palm Springs, CA 92264

Signature

Champion, Janice Mae
Assessor and Ag. Lien holder

13 EXHIBIT

Form **56**
(Rev. July 2004)
Department of the Treasury
Internal Revenue Service

## Notice Concerning Fiduciary Relationship

(Internal Revenue Code sections 6036 and 6903)

OMB No. 1545-0013

---

**Part I    Identification**

| Name of person for whom you are acting (as shown on the tax return) **JANICE CHAMPION** | Identifying number XXXXXXXX | Decedent's social security no. XXXXXXXXXXXXXX XXXXXXXXXXXXXXXXXX |

Address of person for whom you are acting (number, street, and room or suite no.)
**46601 BAUTISTA ROAD**

City or town, state, and ZIP code (If a foreign address, see instructions.)
**HEMET, CA 92544**

Fiduciary's name
**KATHLEEN JACOBS    D/B/A  COMMISSIONER HEMET SUPERIOR COURT**

Address of fiduciary (number, street, and room or suite no.)
**880 N. STATE STREET**

| City or town, state, and ZIP code **HEMET, CA 92543** | Telephone number (optional) (    ) |

---

**Part II    Authority**

1  Authority for fiduciary relationship. Check applicable box:

a(1) ☐ Will and codicils or court order appointing fiduciary . . . . . . . .    **(2)** Date of death . . . . . . . . . . . . . . . . .

b(1) ☐ Court order appointing fiduciary . . . . . . . .    **(2)** Date (see instructions) . . . . . . . . . . . .

c ☐ Valid trust instrument and amendments

d ☑ Other. Describe ▶  **GRANTOR, OWNER OF TRUST ESTATE**

---

**Part III    Nature of Liability and Tax Notices**

2  Type of tax (estate, gift, generation-skipping transfer, income, excise, etc.) ▶ **ESTATE, GIFT, GENERATION SKIPPING TRAN**

3  Federal tax form number (706, 1040, 1041, 1120, etc.) ▶ **1041**

4  Year(s) or period(s) (if estate tax, date of death) ▶ **10-21-1961**

5  If the fiduciary listed in Part I is the person to whom notices and other written communications should be sent for **all** items described on lines 2, 3, and 4, check here . . . . . . . . . . . . . . . . . . . . . . . . . ☑

6  If the fiduciary listed in Part I is the person to whom notices and other written communications should be sent for **some** (but not all) of the items described on lines 2, 3, and 4, check here ▶ ☑ and list the applicable Federal tax form number and the year(s) or period(s) applicable . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

---

**Part IV    Revocation or Termination of Notice**

### Section A—Total Revocation or Termination

7  Check this box if you are revoking or terminating all prior notices concerning fiduciary relationships on file with the Internal Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship . ▶ ☐
Reason for termination of fiduciary relationship. Check applicable box:

a ☐ Court order revoking fiduciary authority

b ☐ Certificate of dissolution or termination of a business entity

c ☑ Other. Describe ▶ **FIDUCIARY**

### Section B—Partial Revocation

8a  Check this box if you are revoking earlier notices concerning fiduciary relationships on file with the Internal Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship . . . . . . . . ▶ ☐

b  Specify to whom granted, date, and address, including ZIP code.
▶

### Section C—Substitute Fiduciary

9  Check this box if a new fiduciary or fiduciaries have been or will be substituted for the revoking or terminating fiduciary and specify the name(s) and address(es), including ZIP code(s), of the new fiduciary(ies) . . . . . . . . . . ▶ ☐
▶

**14  EXHIBIT**

For Paperwork Reduction Act and Privacy Act Notice, see back page.    Cat. No. 16375I    Form **56** (Rev. 7-2004)

Form 56 (Rev. 7-2004)                                                                                                    Page **2**

| **Part V** | **Court and Administrative Proceedings** | |
|---|---|---|
| Name of court (if other than a court proceeding, identify the type of proceeding and name of agency)<br>**HEMET SUPERIOR COURT** | | Date proceeding initiated<br>**02-14-2018** |
| Address of court<br>**880 N. STATE STREET** | | Docket number of proceeding<br>**HEC1800310** |

| City or town, state, and ZIP code<br>**HEMET, CA 92543** | Date<br>**04-11-2018** | Time | a.m. | Place of other proceedings<br>**N/A** |
|---|---|---|---|---|
| | | | p.m | |

| **Part VI** | **Signature** |
|---|---|

I certify that I have the authority to execute this notice concerning fiduciary relationship on behalf of the taxpayer.

Please
Sign
Here

▶ Champion, Janice Mae.                    Executrix                    04-13-2018

Fiduciary's signature                    Title, if applicable                    Date

Form **56** (Rev. 7-2004)

15 EXHIBIT

5555555555555555555555555555555555555555555555555555555555

**Form 2373** (Rev. December 2010)

Department of the Treasury — Internal Revenue Service

**Statement of Internal Revenue Taxes Due as an Expense of Administration of an Estate**

Probate or Docket number
HEC1800310

To *(Name of Executor, Estate Administrator or Agent of Taxpayer)*
KATHLEEN JACOBS

Amount due
$1,890,800.00

Address *(Number, Street, P.O. Box, City, State, ZIP code)*
880 N. STATE STREET  HEMET , CA 92543

You are hereby notified that there is now due, owing, and unpaid from —

Name of taxpayer   KATHLEEN JACOBS

Address *(Number, Street, P.O. Box, City, State, ZIP code)*
880 N. STATE STREET   HEMET, CA  92543

to the United States of America, the sum of   $1,890,800.00
for Internal Revenue taxes secured by a lien pursuant to Internal Revenue Code (IRC) Sections 6321 and 6322, or the Estate Tax Lien arising under IRC Section 6324, from the date of each assessment.

| Kind of Tax and Period | Taxpayer EIN or SSN | Assessment Date | Unpaid Assessed Balance | Accrued Interest | Accrued Late Payment Penalty | TOTAL |
|---|---|---|---|---|---|---|
| 26 USC 2611 (a)(1) DISTRIBUTION 02-14-2018 | | 02-14-2018 | $576,000.00 | 10% | | $633,600.00 |
| 26 USC 2611 (A)(B)(C) TRANSFER 03-14-2018 | | 02-14-2018 | $576,000.00 | 10% | | $633,600.00 |
| 26 USC 2612 TAXABLE TERMINATION | | 03-14-2018 | $576,000.00 | 10% | | $633,600.00 |
| TOTAL | | | | | | $1,890,800.00 |

Dated at _____ this  11  day of  APRIL  , 20 18 .

The amount due as of the date of this statement is claimed as an expense of administration of the estate identified above.

If a Notice of Federal Tax Lien(s) has been recorded, a *Certificate of Release of Federal Tax Lien* will be filed immediately *only if payment is made in cash or by either a certified, cashier's, or treasurers check*. The check must be drawn on any bank or trust company incorporated under the laws of the United States, or of any state or possession of the United States. Payment also can be made by a United States postal, bank, express, or telegraph money order. If you pay by personal check, issuance of the certificate of release will be delayed until the bank honors the check.

**Caution to Fiduciaries:** A representative of a person or an estate (except a trustee acting under Title 11) paying any part of a debt of the person or estate before paying a claim of the Government is liable to the extent of the payment for unpaid claims of the Government. (31 U.S.C. § 3713)

Please make payment payable to the **United States Treasury** and send it to the Internal Revenue Service at the address below.

| By *(Name)* | Title | ID number | Telephone number ( ) |
|---|---|---|---|

Address *(Number, Street, P.O. Box, City, State, ZIP code)*
US Internal Revenue Service
556 S Pso Dorotea #1,
Palm Springs, CA  92264

Signature

Catalog Number 18418M          www.irs.gov          Form **2373** (Rev. 12-2010)

16 EXHIBIT

# Proof of Claim for Internal Revenue Taxes

Department of the Treasury/Internal Revenue Service



Form 4490
(Rev. 2-2005)

| Docket Number |
|---|
| HEC 1800310 |

Kind of Proceeding

CIVIL

In the **HEMET SUPERIOR** _____ Court
for the **HON. KATHLEEN JACOBS** _____

**In the Matter of:**

DOOL & ASSOCIATES LLC

V

JANICE CHAMPION

Taxpayer's Identifying Number:

Social Security Number

Employer Identification Number

The undersigned officer of the Internal Revenue Service, a duly authorized agent of the United States in this behalf, being duly sworn, deposes and says that:

1. _____ is justly and truly indebted to the United States in the amount of _____ with interest and penalty as shown below.

2. This debt is for taxes due under the Internal Revenue laws of the United States as follows:

| Kind of Tax and Period | Unpaid Assessed Balance (dollars) | Accrued Interest (dollars) | Accrued Late Payment Penalty (dollars) | Total | Date Tax Lien Arose |
|---|---|---|---|---|---|
| 26 USC 2611 (a)(1) DISTRIBUTION 02-14-2018 | $576,000.00 | $57,600.00 | | $633,600.00 | 02-14-2018 |
| 26 USC 2611 (A)(B)(C) TAXABE TRANSFER 3-14-2018 | $576,000.00 | $57,600.00 | | $633,600.00 | 02-14-2018 |
| 26 USC 2612 TAXABLE TERMINATION 03-14-2018 | $576,000.00 | $57,600.00 | | $633,600.00 | 03-14-2018 |
| TOTAL | | | | $1,890,800.00 | |

3. No part of this debt has been paid, and it is now due and payable to the United States Treasury at the Office of Internal Revenue Service.
4. Except for the statutory tax liens that arose on the above dates, the United States does not hold, to the deponent's knowledge or belief, any security for this debt;
5. No note or other negotiable instrument has been received for this debt or any part of it, nor has any judgment been rendered with respect to this debt; and
6. This debt has priority and must be paid in full in advance of distribution to creditors to the extent provided by law.
   See 31 U.S.C. Section 3713(a). Any executor, administrator, or other person who fails to pay the claims of the United States in accordance with its priority may become personally liable for this debt under 31 U.S.C. Section 3713(b).

*(Notarize or witness if court requires)*

**Subscribed and Sworn to Before Me On**

| | | | Signature |
|---|---|---|---|
| APRIL | 11 | 2018 | |
| Month | Day | Year | Title | ID Number | Telephone Number |

Address

17 EXHIBIT