# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, et al.<br><br>PLAINTIFF(S)<br><br>v.<br><br>PLAZA HOME MORTGAGE INC., et al.<br><br>DEFENDANT(S). | CASE NUMBER<br><br>5:18−cv−00866−VAP−FFM<br><br>RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS |

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

| 5/24/2018 | 38 | Attachment 2: Request for Judicial Notice |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**IT IS HEREBY ORDERED:**

☑ The document is accepted as filed
☐ The document is stricken and counsel is ordered to file an amended or corrected document by _____ .
☐ The hearing date has been rescheduled to _____ at _____
☐ Other

Clerk, U.S. District Court

Dated: May 29, 2018                    By: Renee Fisher
                                           Deputy Clerk

cc: Assigned District Judge and/or Magistrate Judge