KIRSTEN B. SHEA, Deputy County Counsel (SBN 241469)
3960 Orange Street, Suite 500
Riverside, CA  92501-3674
Telephone:  (951) 955-6300
Facsimile:   (951) 955-6363
Email: kshea@rivco.org

Attorneys for Defendant, STANLEY SNIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.E.C., DEPT OF TREASURY, C.R.I.S. EX REL, JANICE CHAMPION REALTRIX,<br><br>Plaintiffs,<br>v.<br><br>PLAZA HOME MORTGAGE INC., TRUSTEE LAND AMERICA-SOUTH LAND TITLE, KATHLEEN JACOBS, DOOL & ASSOCIATES, HG LONG & ASSOCIATES, JOSEPH VALDEZ and LIBERTY FUND LLC., STANLEY SNIFF, C BRIZONE, SP STRATEGIC ACQUISITIONS, LLC,<br><br>Defendants. | Case No. **5:18-cv-00866-VAP-FFM**<br><br>**[PROPOSED] ORDER RE DEFENDANT STANLEY SNIFF'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**<br><br>Date: July 9, 2018<br>Time: 2:00 p.m.<br>Dept: 8th Floor, Courtroom 8A<br>Judge: Hon. Virginia A. Phillips<br><br>Amended Complaint Filed: May 4, 2018 |

On July 9, 2018, the Court heard the Motion to Dismiss the First Amended Complaint brought by Defendant STANLEY SNIFF.  After considering the moving and opposition papers, and all other matters presented to the Court, IT IS HEREBY ORDERED THAT Defendant Stanley Sniff's Motion to Dismiss the First Amended Complaint is granted in its entirety based upon the following:

The Court finds that the First Amended Complaint fails to state any claim upon which relief could be granted against Stanley Sniff.  In addition, the First Amended Complaint is uncertain as to Defendant Stanley Sniff.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

(1) The Motion to Dismiss the First Amended Complaint as to Defendant Stanley Sniff is GRANTED;

(2) The First Amended Complaint as to Defendant Stanley Sniff is ordered DISMISSED;

(3) Plaintiff takes nothing by way of the First Amended Complaint.

Dated: _____          By: _____
                                         Hon. Virginia A. Phillips

# PROOF OF SERVICE
## United States District Court Case No. 5:18-cv-00866-VAP-FFM

I, the undersigned, say that I am a citizen of the United States and am employed in the county of Riverside, over the age of 18 years and not a party to the within action or proceeding; that my business address is: 3960 Orange Street, Suite 500, Riverside, CA 92501-3611.

On   June 6, 2018   , a true and correct copy of the foregoing document entitled: **[PROPOSED] ORDER RE DEFENDANT STANLEY SNIFF'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT** was served on all parties pursuant to FRCivP 5(b) as follows:

| | |
|---|---|
| Janice Champion<br>46601 Bautista Canyon Road<br>Hemet, CA 92544<br>T: 951-260-0138<br>Email: ausgeglichen@aol.com<br>In Pro Per | John D. Alessio<br>Sean Michael Sullivan<br>Procopio Cory Hargreaves and Savitch<br>525 B. Street, Suite 220<br>San Diego, CA 92101<br>T: 619-238-1900<br>F: 619-235-0398<br>Email:<br>john.alessio@procopio.com<br>sean.sullivan@procopio.com<br>Attorneys for Defendant,<br>Plaza Home Mortgage |
| Elkanah J. Burns<br>Law Offices of Elkanah J. Burns<br>847 North Hollywood Way, Suite 201<br>Burbank, CA 91505<br>T: 818-840-8889<br>F: 818-840-2708<br>Email: elkanah@convergenz.com<br>Attorneys for Defendant Liberty Fund LLC | |

☒ TO BE SERVED BY THE COURT VIA THE NOTICE OF ELECTRONIC FILING (NEF). Pursuant to L.R. 5-3.2.3, the foregoing document will be served by the court via NEF and hyperlink to the document. I checked the CM/ECF docket for this case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the addresses stated.

☒ FIRST CLASS MAIL. I am "readily familiar" with this office's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U. S. Postal Service on that same day with postage thereon fully prepaid at Riverside, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California, and the United States of American, that the foregoing is true and correct. Executed on June 6, 2018, at Riverside, California.

/S/
_____
MICHELLE QUIROZ