1  HARRIS L. COHEN, ESQ., State Bar # 119600
   HARRIS L. COHEN, A PROF. CORP.
2  5305 Andasol Ave.
3  Encino, CA 91316
   tel (818) 905-5599 / fax (818) 905-5660
4

5  ELKANAH J. BURNS, ESQ. #151676
   LAW OFFICES OF ELKANAH J. BURNS
6
   847 N. Hollywood Way, Ste. 201
7  Burbank, CA 91505
   Tel (818) 840-8889 / Fax (818) 840-2708
8

9  Attorneys for Defendants
10 Liberty Fund, LLC, Joseph Valdez, and Dool
   & Associates, LLC
11

12              UNITED STATES DISTRICT COURT

13          FOR THE CENTRAL DISTRICT OF CALIFORNIA

14

15 S.E.C., Dept. of Treasury, C.R.I.S. Ex   )  CASE NO. ED CV18-00866-VAP
   REl. Janice Champion, Relatrix,          )  (FFMx)
16                                          )
17       Plaintiff,                         )
   v.                                       )  **LIBERTY FUND, LLC, JOSEPH**
18 Plaza Home Mortgage, Inc., Trustee       )  **VALDEZ AND DOOL &**
   Land America-South Land Title,           )  **ASSOCIATES' REPLY TO**
19 Kathleen Jacobs, Dool & Associates,      )  **OPPOSITION TO THEIR MOTION**
20 HG Long & Associates, Joseph Valdez      )  **TO DISMISS FIRST AMENDED**
   and Liberty Fund, LLC, Stanley Sniff, C  )  **COMPLAINT; MEMORANDUM**
21 Brizone, SP Strategic Acquisitions,      )  **OF POINTS AND AUTHORITIES**
   LLC,                                     )
22                                          )
23       Defendants.                        )  Date:  June 25, 2018
                                            )  Time: 2:00 p.m.
24                                          )  Ctrm: 8A
25 _____

26

27      Defendants, Liberty Fund, LLC, Joseph Valdez and Dool & Associates,

28 LLC incorrectly sued as Dool & Associates, reply to the opposition of Plaintiff to

                                    1

their motion to dismiss the first, second and third claims for relief in the First

Amended Complaint (the "FAC") as follows:

Although Plaintiff's opposition to the motion to dismiss does not directly

address the issues in the motion to dismiss, for clarity various arguments will be

addressed.

**I.      SP STRATEGIC ACQUISITIONS, LLC APPEARS TO BE A NON-EXISTENT ENTITY AND STRATEGIC ACQUISITIONS, INC. WAS MERELY THE EMPLOYER OF THE BIDDER AT THE FORECLOSURE SALE OF THE PROPERTY.**

Plaintiff named SP Strategic Acquisitions, LLC as a defendant in this action.

However, based on a search of the California Secretary of State's website that does

not appear to be an existing entity.  (RJN #1).

As to Strategic Acquisitions, Inc., which is not a named defendant, it merely

employed the bidder at the foreclosure sale at which Plaintiff's former residence

was foreclosed upon by her lender.

Plaintiff argues that Strategic Acquisitions, LLC (neither a named defendant

nor the employer of the bidder at the foreclosure sale) was not "REGISTERED OR

LICENSED TO CONDUCT BUSINESS in California ON 10/26/2006."

(Opposition at Page 1:16-17, para. 1) (Emphasis in original).  This is not relevant

to the issues before the Court.  In fact, Plaintiff's lender in 2006 was Plaza Home

Mortgage, Inc.  (previously filed request for judicial notice #1 – the deed of trust).

DEFENDANTS' REPLY TO OPP TO MOTION TO DISMISS FAC

Therefore whether Strategic Acquisitions, LLC, was registered or licensed to conduct business in California in 2006, or even existed in 2006 is not relevant to the motion before the Court.

## II. PLAINTIFF'S RELIANCE ON THE FOREIGN AGENTS REGISTRATION ACT IS MISPLACED.

Plaintiff argues that attorneys were required to be licensed under the Foreign Agents Registration Act. However, that act only applies to persons acting for a foreign principal and who directly or through another person "(i) engages within the United States in political activities for or in the interest of such foreign principal; (ii) acts within the United States as a public relations counsel, publicity agent, information-service employee or political consultant for or in the interests of such foreign principal; (iii) within the United States solicits, collects, disburses, or dispenses contributions, loans, money or other things of value for or in the interest of such foreign principal; or (iv) within the United States represents the interests of such foreign principal before any agency or official or of the Government of the United States…." 22 U.S.C. 611(c). Foreign principal generally refers to foreign countries, foreign political parties and foreign citizens and entities. *Id.* at 611(b).

Thus, the act does not apply to this action and Plaintiff's citation thereto is not relevant to the motion to dismiss.

DEFENDANTS' REPLY TO OPP TO MOTION TO DISMISS FAC

### III. PLAINTIFF'S CLAIM THAT THE BENEFICIARY OF THE DEED OF TRUST CANNOT BE LOCATED IS BASED ON A FAILURE TO REVIEW THE RECORDED TITLE CHAIN.

Plaintiff claims she cannot locate the beneficiary of record.  (Opposition at 6:5-6).  However, the recorded documents reflect an assignment of the deed of trust to Lakeview Loan Servicing, LLC by an instrument recorded on August 3, 2017, (RJN #2), and that Lakeview is registered with the California Secretary of State. (RJN #3).

### IV. PLAINTIFF HAS NOT ADDRESSED THE SUBSTANCE OF THE MOTION TO DISMISS.

Plaintiff has not addressed her lack of standing to assert any of the claims in the amended complaint.  The Plaintiff has also not addressed the failure to state a claim for relief as to any of the three causes of action in the amended complaint.

Perhaps most important, Plaintiff in this circumstance could not amend to state a cause of action as she was merely a borrower who was foreclosed out.  The Court may dismiss an action without leave to amend where permitting amendment would be futile. *Reade v. Citimortgage Inc.*, 633 Fed. Appx. 409, 410 (9th Cir. 2016).  See also Cervantes v. Countrywide Home Loans, Inc., 656 F.3d 1034, 1041 (9th Cir. 2011) ("…a district court may dismiss without leave where a plaintiff's proposed amendments would fail to cure the pleading deficiencies and amendment

DEFENDANTS' REPLY TO OPP TO MOTION TO DISMISS FAC

would be futile. *See Cook, Perkiss & Liehe, Inc. v. N. Cal. Collection Serv. Inc.,*

911 F.2d 242, 247 (9th Cir.1990) (per curiam).")

## V.   CONCLUSION.

Based on the foregoing, the Court should grant the motion to dismiss the complaint as to the movants without leave to amend.

HARRIS L. COHEN, A PROF. CORP.

By:_____
        Harris L. Cohen, Esq.
    Attorney for Defendants, Liberty Fund, LLC,
    Joseph Valdez and Dool & Associates, LLC

DEFENDANTS' REPLY TO OPP TO MOTION TO DISMISS FAC

STATE OF CALIFORNIA        )
                                   )     <u>PROOF OF SERVICE BY MAIL</u>

COUNTY OF LOS ANGELES   )

I am a citizen of the United States, and a resident of the County aforesaid.  I am over the age of 18 years and not a party to the within entitled action.  My business address is 847 Hollywood Way, Suite 201, Burbank, CA 91505.  On June 5, 2018, I served the within

**LIBERTY FUND, LLC, JOSEPH VALDEZ AND DOOL & ASSOCIATES REPLY TO OPPOSTITION TO THEIR MOTION TO DISMISS FIRST AMENDED COMPLAINT; MEMORANDUM OF AUTHORITIES, AND REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF LIBERTY FUND, LLC, JOSEPH VALDEZ AND DOOL & ASSOCIATES' REPLY TO OPPOSTION TO MOTION TO DISMISS FIRST AMENDED COMPLAINT**

on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Janice Champion
46601 Bautista Canyon Road
Hemet, California 92544

I am readily familiar with the firm's practice of collecting and processing correspondence for mailing.  Under the practice, it would be deposited with the US Postal Service on that same day with postage thereon fully prepaid at Burbank, CA in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

       I hereby certify that I am a member of the Bar of the United States district Court, Central District of California.

       I hereby certify under the penalty of perjury that the foregoing is true and correct.

Executed at Burbank, California on June 5, 2018.

Elkanah J. Burns

---

DEFENDANT'S REPLY TO OPP TO MOTION TO DISMISS FAC