HG LONG & ASSOCIATES
H G LONG (SBN 127735)
474 W Orange Show Rd
San Bernardino, CA 92408
Tel: (909) 889-5151
Fax: (909) 889-3900

Attorneys for Plaintiff(s)

## SUPERIOR COURT OF THE STATE OF CALIFORINA

## FOR THE COUNTY OF RIVERSIDE

## HEMET COURTHOUSE

| | |
|---|---|
| DOOL & ASSOCIATES LLC<br><br>Plaintiff(s),<br>JANICE CHAMPION<br><br><br><br><br><br>and Does 1 through 10, Inclusive,<br><br>Defendant(s). | Case Number:<br><br>LIMITED JURISDICTION<br><br>COMPLAINT FOR UNLAWFUL DETAINER<br><br>[Action based on Code of Civil Procedure Section 1161a]<br><br>[Amount in controversy does not exceed $10,000.00] |

Plaintiff alleges:

### FIRST CAUSE OF ACTION
### BROUGHT BY PLAINTIFF
### AGAINST ALL DEFENDANTS
### FOR UNLAWFUL DETAINER

1. Plaintiff is a Limited liability company duly organized and existing under the laws of the State of California., and at all times herein mentioned was, authorized to do business in the State of California.

1
**COMPLAINT**                    18-01-0700

2. Plaintiff is informed and believes, and thereon alleges that each of the Defendants is, and at all times herein mentioned was, in possession of the real property which is the subject of this action.

3. The true names and capacities of defendants sued herein as Does 1 through 10, inclusive, are known to plaintiff who therefore sues said defendants by such fictitious names. Plaintiff will seek leave of court to amend this Complaint to allege their true names and capacities when the same are fully ascertained.

4. Plaintiff is informed and believes, and thereon alleges that each of the defendants is, and at all times herein mentioned was, the agent and employee of each of the remaining defendant, and in doing the things herein alleged, was acting within the course of scope of such agency and employment. Plaintiff is informed and believes, and thereon alleges that each of the defendants ratified, approved and accepted the benefits of acts of each of the remaining defendants with full knowledge of the nature and effect such acts.

5. The real property which is the subject of this action is located at 46601 BAUTISTA RD, HEMET, CA 92544, RIVERSIDE COUNTY, RIVERSIDE COUNTY. Said real property shall hereinafter be referred to as the "subject property." The subject property is within the geographical area for venue of the above-entitled court.

6. Plaintiff is informed and believes, and thereon alleges that each of the defendants is, and at all times herein mentioned was, the agent and employee of each of the remaining defendants, and in doing the things herein alleged, was acting within the course and scope of such agency and employment. Plaintiff is informed and believes, and thereon alleges that each of the defendants ratified, approved and accepted the benefits of the acts of each of the remaining defendants with full knowledge of the nature and effect of such acts.

7. On or about 01/04/2018, Plaintiff purchased the subject property at a trustee's sale conducted pursuant to a power of sale in a deed of trust in which Defendants, and each of them, excepting the fictitiously named doe defendants, were the trustors on the underlying deed of trust and former owners of the subject property. Plaintiff is informed and believes, and thereon alleges that the nonjudicial foreclosure process leading up to said trustee's sale was conducted in compliance with the provisions of Civil Code, Section 2924. Plaintiff duly perfected title to the subject property. Plaintiff was not the

foreclosing beneficiary under the deed of trust leading to said trustee's sale, has, and at all times herein mentioned, had no notice of any claimed or professed defects in the nonjudicial foreclosure process, if any, and paid valuable consideration for the subject property. None of the defendants has ever tendered payment of funds to reinstate the underlying note secured by deed of trust. Plaintiff was a bona fide purchaser for value without notice of any defects in the nonjudicial foreclosure process. The trustee's deed upon sale recites that all statutory formalities leading up to the nonjudicial foreclosure sale were duly complied with. Plaintiff is informed and believes, and thereon alleges that all statutory requirements for publication and giving notice of the notice of default and election to sell, and of the notice of trustee's sale, in relation to said nonjudicial process, was duly complied with.

8. On or about 02/01/2018, Plaintiff caused to be served on Defendants, and each of them, and upon all persons claiming any right to possession of the subject property, a notice to quit (hereinafter the "notice"), a copy of which is attached hereto and incorporated herein by reference as Exhibit "2" as though fully set forth hereat. Said notice was served in compliance with the requirements of C.C.P., Section 1162. A copy of the proof of service of the notice is attached hereto and incorporated herein by reference as Exhibit "3" as though fully set forth hereat.

9. The period stated in the notice expired on 02/05/2018, and Defendants, and each of them, at all times since expiration of the notice until the present, have remained in possession of the subject property without Plaintiff's permission or consent.

10. Plaintiff is informed and believes and thereon alleges that the fair rental value of the subject property is, and at all times since expiration of the notice, the sum of $ 67.86 per day. Plaintiff is informed and believes, and thereon alleges that Plaintiff is entitled to an award of damages for such fair rental value for the period commencing with expiration of the notice up through entry of judgment, in a total sum according to proof.

11. A copy of the trustee's deed upon sale by which Plaintiff acquired and duly perfected title to the subject property is attached hereto and incorporated herein by reference as Exhibit '1' as though fully set forth hereat.

WHEREFORE, PLAINTIFF prays for judgment as follows:

1. For restitution and possession of the subject property located at:

46601 BAUTISTA RD, HEMET, CA 92544

2. For daily rental value damages for the period commencing 02/06/2018 through the date of entry of judgment at the rate of $ 67.86 per day;

3. For costs of suit incurred herein; and

4. For such other and further relief as this Court may deem property and just.

5. Plaintiff remits all damages in excess of the jurisdictional limits of the court.

Dated: 02/13/2018

HG LONG & ASSOCIATES

By: _____

H G LONG
Attorney for Plaintiff(s)

## Verification

1. I am an agent of the Plaintiff(s). I am verifying the attached Complaint because I am more familiar with the facts alleged than it Plaintiff(s) or the other agents and employees of Plaintiff(s). I have read the attached Complaint and know the contents thereof. I am informed and believe that the matters contained within it are true and on that ground allege that the matters stated are true.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this verification was executed in Temecula California on 2/9/18.

_____
Agent for Plaintiff(s)

2. Plaintiff(s) entity is:

( ) Individual
( ) Partnership
( ) Corporation
(X) Limited Liability Company
( ) Trust
( ) Other: _____

3. Property was purchased at: (X) Trustees Sale or ( ) REO Sale.

4. The notice that the complaint is based on is a (X) 3 Day or ( ) 90 Day.

The daily damage value per day is: $ _____.

The property address is: 46601 Bautista Rd, Hemet, CA

I request that a facsimile be accepted as an original pursuant to CRC 2.305(d), a signature hereon, in any, I produced by facsimile transmission is admissible as an original.

I declare under penalty of perjury that the forgoing is true and correct.

I executed this verification on 2/9/18 at Temecula, CA.

_Matthew Doo_  _Matthew Do_
(Name, printed or typed)        (Signature)

**ACCOMMODATION**
SENT TO RECORDER PER REQUEST OF THE PARTIES HEREIN.
IT HAS NOT BEEN EXAMINED AS TO ITS EFFECT AND VALIDITY

DOC # 2018-0003460
01/04/2018 08:00 AM Fees: $47.00
Page 1 of 2
Recorded in Official Records
County of Riverside
Peter Aldana
Assessor-County Clerk-Recorder

**This document was electronically submitted to the County of Riverside for recording**
Receipted by: ALYCIA #778

Recording requested by:

When recorded mail to:

DOOL AND ASSOCIATES
40486 YARDLEY COURT
TEMECULA, CA 92591

Forward tax statements to the address given above

TS No.: CA-17-776480-RY
Order No.: 730-1706695-70

Space above this line for recorders use

TRA 071-012

## Trustee's Deed Upon Sale

A.P.N.: 555-300-022-2

THE UNDERSIGNED GRANTOR DECLARES:
The grantee herein WASNT the foreclosing beneficiary.
The amount of the unpaid debt together with costs was:          $181,780.91

The amount paid by the grantee at the trustee sale was:          $181,800.92
The documentary transfer tax is:                                  $ 200.20
Said property is in the City of: HEMET, County of RIVERSIDE

QUALITY LOAN SERVICE CORPORATION as Trustee, (whereas so designated in the Deed of Trust hereunder more particularly described or as duly appointed Trustee) does hereby GRANT and CONVEY to:

DOOL AND ASSOCIATES

(herein called Grantee) but without covenant or warranty, expressed or implied, all right title and interest conveyed to and now held by it as Trustee under the Deed of Trust in and to the property situated in the county of RIVERSIDE, State of California, described as follows:

PARCEL 1 OF PARCEL MAP NO. 10396, IN THE COUNTY OF RIVERSIDE, STATE OF CALIFORNIA, AS SHOWN BY MAP ON FILE IN BOOK 72, PAGE(S) 70 AND 71 OF PARCEL MAPS, RECORDS OF RIVERSIDE COUNTY, CALIFORNIA.
COMMONLY KNOWN AS: 46601 BAUTISTA CANYON ROAD, HEMET, CA 92544
This conveyance is made in compliance with the terms and provisions of the Deed of Trust executed by JANICE CHAMPION, A MARRIED WOMAN, AS HER SOLE AND SEPARATE PROPERTY, as trustor, dated 10/26/2006, and recorded on 11/1/2006 as Instrument No. 2006-0803949 of Official Records in the office of the Recorder of RIVERSIDE, California, under the authority and powers vested in the Trustee designated in the Deed of Trust or as the duly appointed trustee, default having occurred under the Deed of Trust pursuant to the Notice of Breach and Election to Sell under the Deed of Trust recorded on 8/14/2017, instrument no 2017-0333582, of Official records. The Trustee of record at the relevant time having complied with all applicable statutory requirements of the State of California and performed all duties required by the Deed of Trust including sending a

Mail Tax Statement to Return Address Above

DOC #2018-0003460 Page 2 of 2

Notice of Default and Election to Sell within ten/thirty days after its recording and a Notice of Sale at least twenty days prior to the Sale Date by certified mail, postage pre-paid to each person entitled to notice in compliance with California Civil Code 2924b.

Default occurred as set forth in a Notice of Default and Election to Sell which was recorded in the office of the Recorder of said County.

All requirements of law regarding the mailing of copies of notices or the publication of a copy of the Notice of Default or the personal delivery of the copy of the Notice of Default and the posting and publication of copies of the Notice of Sale have been complied with.

Said property was sold by said Trustee at public auction on 12/21/2017 at the place named in the Notice of Sale, in the County of RIVERSIDE, California, in which the property is situated. Grantee, being the highest bidder at such sale, became the purchaser of said property and paid therefore to said trustee the amount being $181,800.92 in lawful money of the United States, or by the satisfaction, pro tanto, of the obligations then secured by said Deed of Trust.

QUALITY MAY BE CONSIDERED A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

TS No.: CA-17-776480-RY

Date: 12/26/17

QUALITY LOAN SERVICE CORPORATION

C. McMullen

By: Caitlan McMullen, Assistant Secretary

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of: California)
County of: San Diego)

On 12.26.17 before me, R. Moore a notary public, personally appeared Caitlan McMullen, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.   (Seal)

Signature

R. MOORE
Notary Public - California
San Diego County
Commission # 2195762
My Comm. Expires May 6, 2021

# COVER SHEET TO

# 3/90 FORECLOSURE NOTICE TO QUIT

Attached hereto is a 3/90 Foreclosure Notice to Quit that is being served on you pursuant to Code of Civil Procedure § 1161-1166.

If you are a tenant in possession of the real property located at
46601 BAUTISTA RD, HEMET, CA  92544
through a lease that was entered into with the former owner you should talk to a lawyer NOW to determine what your rights are. You may receive court papers in a few days. If your name is on the papers it may hurt your credit if you do not respond and/or simply move out. Also if you do not respond within five days of receiving the papers, even if you are not named in the papers, you will likely lose any rights you may have. In some cases, you can respond without hurting your credit. You should consult a lawyer about it.

Pursuant to the provisions of Code of Civil Procedure §§ 415.46 and 1161b, if you are a tenant under either a fixed term lease, you may have the right to remain in possession of the subject property beyond the 90 days after service of this notice and to remain in possession of the subject rental unit for the remaining time left on your fixed term lease. All rights and obligations under your lease or tenancy, including your obligation to pay rent to the new owner, will continue.

For more information on your rights please read the attached 3/90 Foreclosure Notice to Quit and consult a lawyer, legal aid organization, or housing counseling agency, of your own choice.

18-01-0700

ex 2

# 3/90-FORECLOSURE NOTICE TO QUIT

**TO:** JANICE CHAMPION

**ALL OCCUPANTS RESIDING AT**
46601 BAUTISTA RD, HEMET, CA 92544
Property Address

**NOTICE IS HEREBY GIVEN THAT**
DOOL & ASSOCIATES LLC ("Beneficiary/Trustee(s)"),
or its successor in interest, purchased the property located at
46601 BAUTISTA RD, HEMET, CA 92544

("The Premises") at a foreclosure sale held in accordance with California Civil Code § 2924 and pursuant to the power of sale contained in a Deed of Trust recorded in the Official Records of RIVERSIDE COUNTY, and that title of the Premises is duly perfected in RIVERSIDE COUNTY.

**NOTICE IS FURTHER GIVEN THAT:**
1. Within three (3) days after service on you of this Notice, if you are the Trustor(s) of the Deed of Trust described above, or successor in interest to said Trustor(s), or any person who is not a bona fide tenant or subtenant; or
2. Within ninety (90) days after service on you of this Notice, in the event you are a bona fide tenant or a subtenant of the Trustor(s) of the Deed of Trust described above, or a bona fide tenant or a subtenant of a successor in interest to said Trustor(s):

You are required to vacate and surrender possession of the Premises, or the portion in which you reside to: DOOL & ASSOCIATES LLC, unless you provide evidence to the undersigned law firm that you are a bona fide tenant pursuant to Code of Civil Procedure §§ 415.46 and 1161b. If you have a fixed term lease with the prior owner of the subject property you should immediately provide the party listed herein with a copy of the lease agreement and evidence of your rental payments for the past 12 months.

If within the applicable period as set forth above, EITHER if you fail to surrender possession OR fail to provide evidence that you are a bona fide tenant pursuant to Code of Civil Procedure §§ 415.46 and 1161b. Please see Page 3 Addendum of this Notice for instructions on how to deliver this evidence.

**PURSUANT TO CODE OF CIVIL PROCEDURE SECTION 415.46 AND 1161b,** demand is hereby made that if you believe you are a tenant with a bonafide lease pursuant to the above referenced law, you must contact the new owner at the address listed below and produce a copy of the lease, proof of payment of the rent for at least the past four months, permit access within this five day period to inspect

18-01-0700

the premises and pay all rents due and owing. Failure to exercise your potential legal rights may result in legal action for possession of the property, the rent, late fees, court costs and attorney fees. If the above provision applies, this notice serves as a five day notice of the non-payment of rent of the amount specified in your rental agreement from the date of the foreclosure.

You should talk to a lawyer **NOW** to see what your rights are. You may receive court papers in a few days. If your name is on the papers it may hurt your credit if you do not respond and/or simply move out. Also, if you do not respond within five days of receiving the papers, even if you are not named in the papers you will likely lose any rights you may have. In some cases, you can respond without hurting your credit. You should talk to a lawyer about it.

This Notice is given pursuant to the provisions of the **PTFA** and **Code of Civil Procedure §§ 1161, 1161a and 1161b**, and if applicable, includes the sixty (60) day Notice required by **CCP 1161b** within the above 90 day Notice period.

This notice also constitutes a notice of non-renewal of any lease applicable to the Premises.

**Dated:** 2/1/2018

H G LONG

_____ *Any*
**By: legal assistant**

"State Law permits former tenants to reclaim abandoned personal property left at the former address of the tenant, subject to certain conditions. You may or may not be able to reclaim property without incurring additional costs, depending on the cost of storing the property and the length of time before it is reclaimed. In general, these costs will be lower the sooner you contact your former landlord after being notified that property belonging to you was left behind after you moved out."

18-01-0700

# ADDENDUM TO NOTICE TO QUIT

## TENANT INFORMATION THAT MUST BE PROVIDED IF YOU CLAIM YOU ARE A BONA FIDE TENANT ENTITLED TO PROTECTION BY THE TENANTS IN FORECLOSURE ACT

**IF YOU ARE A TENANT** of the prior owner, you must provide the following document:
- A copy of your lease
- A return phone number and hours to reach you
- The receipts for the last four (4) payments made to the landlord of the property located at:

46601 BAUTISTA RD, HEMET, CA  92544

by mail, fax, or in person to:

H G LONG

Fax: (909) 889-3900

For any question, please call (909) 889-5151

Dated: 2/1/2018

H G LONG

_____
By legal assistant for attorney for new owner:
**DOOL & ASSOCIATES LLC**

Contact Information:
H G LONG
474 W Orange Show Rd San Bernardino, CA 92408
Phone (909) 889-5151 • Fax (909) 889-3900

18-01-0700

# PROOF (DECLARATION) OF SERVICE OF NOTICE TO TENANT

On <u>February 1, 2018</u>, I served the following NOTICE(s):
(Insert Date of Service of Notice)

☐ 3 Day Notice To Pay Rent of Quit
☐ 3 Day Notice To Perform Covenant or Quit
☐ 30 Day Notice of Termination of Tenancy
☐ 60 Day Notice of Termination of Tenancy
☒ Other Notice:   3/90 Foreclosure

The NOTICE(s) set forth above were served on the following Tenant(s) and all other occupants:

JANICE CHAMPION
(Insert Tenant(s) Name)

The NOTICE(s) set forth above were served by:

☐ **PERSONAL DELIVERY:** On the date set forth above, **I HANDED** a copy of the notice to the Tenant(s) named herein at approximately:

☐ **SUBSTITUTE SERVICE:** On the date set forth above, at approximately:
I served the NOTICE to the Tenant(s) named herein by **LEAVING** copies of the NOTICE with:

_____
(Insert Name of the Person Other Than a Tenant Who is At Least 18 years old or Give Description (Age, Sex, Height, Weight etc. if person refuses to give name))
who is a person of suitable age and discretion at the residence or usual place of business of the Tenant(s), because the Tenant(s) was/were absent. I also **MAILED** by First Class mail on the same date a copy of the NOTICE to the Tenant(s) named herein by depositing copies in the United States Mail, in a sealed envelope, with postage fully prepaid, addressed to the above named Tenant(s) at the Premises.

☒ **POSTING & MAILING:** On the date set forth above, I served the NOTICE to the Tenant(s) named herein by **POSTING** a copy of the NOTICE in a conspicuous place on the Premises because there was no person of suitable age or discretion found at the Premises at the time I was there, or no one answered the door. On the same day as I posted the NOTICE, I also **MAILED** copies of the NOTICE to the Tenant(s) named herein by depositing a sealed envelope with First Class postage fully prepaid, in the United States Mail, addressed to the Tenant(s) named herein at the Premises address:
46601 BAUTISTA RD, HEMET, CA 92544

Person who served papers
a. Name: SHAWN STANFIELD
b. Address: 985 KENDALL DR SUITE A BOX 337, SAN BERNARDINO, CA 92407
c. Telephone Number: 909-889-4200
d. The Fee for Service was: 75.00
e. I am a registered California process server:
   (i) ☐ owner ☐ employee ☒ independent contractor
   (ii) Registration No.: 1660
   (iii) County: SAN BERNARDINO

☒ I declare under penalty of perjury under the laws of State of California that the foregoing in true and correct.

Date: 02/13/2018

SHAWN STANFIELD
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHALL)

_____
(SIGNATURE)



PROOF OF SERVICE OF NOTICE
18-01-0700