FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE

MAR 1 4 2018

MAR 16 2018

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF RIVERSIDE-HEMET

| | |
|---|---|
| DOOL & ASSOCIATES LLC, | CASE NO. HEC1800310 |
| Plaintiff, | LIMITED JURISDICTION |
| vs. | ORDER |
| JANICE CHAMPION, et al., | |
| Defendants. | |

This matter came on regularly for hearing on ___3/14___ 2018 before the Honorable **** Commissioner Kathleen Jacobs ~~in Department~~ ** of the above-entitled Court. _____ of the Law Office of H.G. Long & Associates appeared for Plaintiff; _____ appeared for Defendant. The court having read and considered all moving, opposing and reply papers, if any, and having heard the argument of counsel and parties, and it appearing that good cause exists for the following order,

**ORDER**

1

1  IT IS ORDERED that the motion for summary judgment of DOOL & ASSOCIATES LLC be,
2  and it hereby is granted and that a judgment may be entered pursuant thereto. The Court finds that
3  Plaintiff met the burden of proof to establish the prima facie elements of the case pursuant to C.C.P.,
4
5  Section 1161a, and that Defendant failed to present competent evidence to create or raise a triable
6  issue of material fact. Judgment may be entered pursuant to this Order.
7  DATED: 3/14/18

~~JUDGE~~ OF SUPERIOR COURT
Commissioner

ORDER

2

# PROOF OF SERVICE BY OVERNIGHT DELIVERY
(1013A, 2015.5 C.C.P.)

STATE OF CALIFORNIA, COUNTY OF SAN BERNARDINO

I am employed in the county aforesaid; I am over the age of eighteen years and not a party to the within entitled action; my address is 474 West Orange Show Road, San Bernardino, California 92408. The matters contained in this declaration are known to me personally and if called upon to testify as to such matters under oath in a court of law, I could and would do so competently.

On March 6, 2018, I served the attached [proposed] ORDER on the DEFENDANT in said action by placing a true copy thereof enclosed in a sealed envelope designated by the GSO delivery service, delivered to a courier authorized to receive documents on behalf of said delivery service, with the fees for delivery paid and provided for OVERNIGHT NEXT DAY DELIVERY, with the papers addressed to:

Janice Champion
46601 Bautista Road
Hemet, CA 92544

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on March 6, 2018 at San Bernardino, California.

B. THOMPSON
Declarant

---

ORDER 3