SARAH L. OVERTON (SBN 163810)
CUMMINGS, MCCLOREY, DAVIS, ACHO & ASSOCIATES, P.C.
3801 University Avenue, Suite 560
Riverside, CA 92501
(951) 276-4420
(951) 276-4405 fax
soverton@cmda-law.com
Attorneys for Defendant,
the Honorable Kathleen M. Jacobs,
Commissioner of the Superior Court of California,
County of Riverside

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.E.C., DEPT OF TREASURY, C.R.I.S. EX REL. JANICE CHAMPION RELATRIX,<br><br>Plaintiff,<br><br>v.<br><br>PLAZA HOME MORTGAGE, INC., et al.<br><br>Defendants. | Case No.: 5:18-cv-00866-VAP-FFM<br><br>REQUEST FOR JUDICIAL NOTICE<br>[Filed concurrently with Motion to Dismiss First Amended Complaint]<br><br>Date : July 23, 2018<br>Time : 2:00 p.m.<br>Courtroom : 8a, 8th Floor<br>Judge : Hon. Virginia A. Phillips |

TO PLAINTIFF S.E.C., DEPT OF TREASURY, C.R.I.S. EX REL. JANICE CHAMPION RELATRIX, PRO SE, AND TO THE HONORABLE COURT:

Defendant the Honorable Kathleen M. Jacobs, Commissioner of the Superior Court of California, County of Riverside, hereby requests that the court take judicial notice pursuant to Federal Rules of Evidence, Rule 201, of the following facts and documents in support of defendant's motion to dismiss plaintiff's first amended complaint.

///

///

**Cummings, McClorey, Davis, Acho & Associates, P.C.**
3801 University Avenue, Suite 560
Riverside, CA 92501
Telephone (951) 276-4420
Facsimile (951) 276-4405

1
**REQUEST FOR JUDICIAL NOTICE**

1. Case report, *Dool & Associates v. Champion*, Superior Court case HEC1800310. A true and correct copy of which is attached as exhibit 1.

Dated: June 22, 2018    **CUMMINGS, MCCLOREY, DAVIS & ACHO, P.L.C.**

By:   /S/ Sarah L. Overton
Sarah L. Overton, Esq.
Attorneys for Defendant,
the Honorable Kathleen M. Jacobs,
Commissioner of the Superior Court of California,
County of Riverside

**Cummings, McClorey,
Davis, Acho
& Associates, P.C.**
3801 University Avenue,
Suite 560
Riverside, CA 92501
Telephone (951) 276-4420
Facsimile (951) 276-4405

2

**REQUEST FOR JUDICIAL NOTICE**

# EXHIBIT 1

EXHIBIT #-1

# RIVERSIDE SUPERIOR COURT
## PUBLIC ACCESS
## Case Report

 Camera indicates that a document may be purchased.
View Document Fee Schedule

First Page icon indicates you can view the first page of a Complaint for free.

Send me an email when this case is updated (click here) 

Print This Report

Close This Window

### Case HEC1800310 - DOOL & ASSOCIATES VS CHAMPION

### Case HEC1800310 - Complaints/Parties

**Complaint Number:** 0001 — UD Unlawful Detainer Complaint of DOOL & ASSOCIATES LLC
**Original Filing Date:** 02/14/2018
**Complaint Status:** Judgment 03/14/2018

| Party Number | Party Type | Party Name | Attorney | Party Status |
|---|---|---|---|---|
| 1 | Plaintiff | DOOL & ASSOCIATES LLC | HG LONG & ASSOCIATES | Judgment 03/14/2018 |
| 2 | Defendant | JANICE CHAMPION | Pro Per | Summary Judgment Against 03/14/2018 |
| 3 | Defendant | GEORGE CHAMPION | Unrepresented | Party Deleted from case/complaint 04/23/2018 |
| 4 | Claimant/Right to Possession | GEORGE CHAMPION | Pro Per | Dismissed 05/02/2018 |

### Case HEC1800310 - Actions/Minutes

| Viewed | Date | Action Text | Disposition | Image |
|---|---|---|---|---|
| N | 05/11/2018 | WRIT OF POSSESSION RETURNED SATISFIED; RIVERSIDE COUNTY | | |
| N | 05/02/2018 | ORDER FOR CLAIM OF RIGHT TO POSSESSION FILED; HONORABLE COMMISSIONER KATHLEEN M. JACOBS (FORM RI-CI034) | Not Applicable | |
| N | 05/02/2018 | CERTIFICATE OF ELECTRONIC RECORDING MONITOR FILED. (APPLICABLE UNIT OF MEDIUM WAS 05/02/18 H1 COMMISSIONER KATHLEEN M. JACOBS) | Not Applicable | |

| | | | | |
|---|---|---|---|---|
| | 05/02/2018 8:30 AM DEPT. H1 | HEARING RE: CLAIM OF RIGHT TO POSSESSION OF GEORGE CHAMPION | Denied | |
| **Minutes** | Print Minute Order | | | |
| | 05/02/2018 8:30 AM DEPT. H1 | HEARING RE: CLAIM OF RIGHT TO POSSESSION OF GEORGE CHAMPION | Vacated | |
| **Minutes** | Print Minute Order | | | |
| | 04/23/2018 | HEARING ON CLAIM OF RIGHT TO POSSESSION SET: 5/02/18, @ 8:30 IN DEPT. H1. | | |
| | 04/23/2018 | REMOVE FROM THE UNLAWFUL DETAINER COMPLAINT FILED 02/14/2018 OF DOOL & ASSOCIATES LLC THE FOLLOWING PARTY(S) GEORGE CHAMPION | Not Applicable | |
| | 04/23/2018 | HEARING ON CLAIM OF RIGHT TO POSSESSION SET: 5/02/18, @ 8:30 IN DEPT. H1. | | |
| | 04/23/2018 | CLAIM OF RIGHT TO POSSESSION AND NOTICE OF HEARING FILED BY GEORGE CHAMPION (HEMET). | Not Applicable | N/A |
| **Minutes** | Print Minute Order | | | |
| Receipt: 180423-0196 $255.00 | | | | |
| N | 04/18/2018 | DECLARATION OF GEORGE CHAMPION FILED | Not Applicable | |
| N | 04/18/2018 | PROOF OF SERVICE BY MAIL OF MC 030, POS 040D, NTC OF FEDERAL TAXES DUE ON KATHLEEN JACOBS, DBA COMMISSIONER HEMET SUPERIOR WITH A MAILING DATE OF 04/17/18 FILED. (NON-COMPLAINT) | Not Applicable | |
| N | 04/16/2018 | DECLARATION OF JANICE CHAMPION / W-9 FORM FILED | Not Applicable | |
| | 04/16/2018 8:00 AM DEPT. CLEH | DATE TO SEND NOTICE RE OSC ON UNLAWFUL DETAINER | Vacated | |
| N | 04/13/2018 | DECLARATION OF CHAMPION JANICE FILED | Not Applicable | |
| N | 04/04/2018 | CERTIFICATE OF ELECTRONIC RECORDING MONITOR FILED. (APPLICABLE UNIT OF MEDIUM WAS 04/04/18 H1 COMMISSIONER KATHLEEN M. JACOBS) | Not Applicable | |
| | 04/04/2018 8:30 AM DEPT. H1 | EX PARTE HEARING RE ORDER TO QUASH EX PARTE WRIT OF POSSESSION. | Denied | |
| **Minutes** | Print Minute Order | | | |
| N | 04/02/2018 | EX PARTE APPLICATION RE HEARING FOR ORDER TO QUASH EX PARTE WRIT OF POSSES | Not Applicable | |
| | 04/02/2018 | EX PARTE HEARING SET ON 4/04/18 AT 8:30 IN DEPT H1 | | |
| N | 04/02/2018 | MOTION TO/FOR MOTION FOR PEREMPTORY CHALLENGE DENIED - UNTIMELY PER COMMISSIONER JACOBS BY JANICE CHAMPION FILED | | |
| N | 04/02/2018 | ORDER FOR STAY OF EXECUTION IS DENIED AND FILED; HONORABLE COMMISSIONER KATHLEEN M. JACOBS. | Not Applicable | |
| | 04/02/2018 | CERTIFIED COPY(S) MADE. | Not Applicable | |
| N | 03/28/2018 | | | |

| | | | | |
|---|---|---|---|---|
| | | DECLARATION IN SUPPORT OF ISSUANCE OF WRIT OF POSSESSION FILED BY DOOL & ASSOCIATES LLC. | Not Applicable | |
| | 03/28/2018 | WRIT OF POSSESSION ISSUED FOR RIVERSIDE COUNTY | Not Applicable | |
| **Minutes** | Print Minute Order | | | |
| Receipt: 180328-0430 | $25.00 | | | |
| N | 03/23/2018 | PROOF OF SERVICE BY MAIL OF REQ FOR ADMISSIONS MOTION OF PEREMPTORY CHALLENGE ON H.G. LONG WITH A MAILING DATE OF 03/23/18 FILED. (NON-COMPLAINT) | Not Applicable | |
| N | 03/23/2018 | PROOF OF SERVICE BY MAIL OF REQ FOR ADMISSIONS & MOTION OF PEREMTORY CHALLENGE ON DOOL AND ASSOCIATES MATHEW DOOL WITH A MAILING DATE OF 03/23/18 FILED. (NON-COMPLAINT) | Not Applicable | |
| N | 03/23/2018 | EXHIBITS FILED BY JANICE CHAMPION | Not Applicable | |
| N | 03/23/2018 | REQUEST FOR ADMISSION BY JANICE CHAMPION FILED. | Not Applicable | |
| N | 03/23/2018 | REQUEST FOR STATEMENT OF DECISION BY JANICE CHAMPION FILED. | Not Applicable | |
| N | 03/14/2018 | JUDGMENT FOR SUMMARY JUDGMENT-FILED | Not Applicable | |
| N | 03/14/2018 | ORDER MOTION FOR SUMMARY JUDGMENT IS GRANTED; HONORABLE COMMISSIONER KATHLEEN M. JACOBS. | | |
| | 03/14/2018 8:30 AM DEPT. H1 | HEARING RE: MOTION FOR SUMMARY JUDGMENT ON UNLAWFUL DETAINER COMPLAINT FILED 02/14/2018 OF DOOL & ASSOCIATES LLC BY DOOL & ASSOCIATES LLC | Judgment Entered | |
| **Minutes** | Print Minute Order | | | |
| | 03/14/2018 8:30 AM DEPT. H1 | HEARING RE: MOTION TO/FOR STRIKE COMPLAINT FOR UNLAWFUL DETAINER BY JANICE CHAMPION | Denied | |
| **Minutes** | Print Minute Order | | | |
| N | 03/13/2018 | AFFIDAVIT OF IDENTITY AND ORDER TO ISSUE ABSTRACT BY JANICE CHAMPION FILED | Not Applicable | |
| | 03/13/2018 | HEARING SET 3/14/18 AT 8:30 IN DEPARTMENT H1 | | |
| N | 03/13/2018 | MOTION TO/FOR STRIKE COMPLAINT FOR UNLAWFUL DETAINER BY JANICE CHAMPION FILED | | |
| **Minutes** | Print Minute Order | | | |
| Receipt: 180313-0319 | $60.00 | | | |
| N | 03/07/2018 | REQUEST FOR JUDICIAL NOTICE FILED BY DOOL & ASSOCIATES LLC. | Not Applicable | |
| N | 03/07/2018 | MOTION FOR SUMMARY JUDGMENT ON UNLAWFUL DETAINER COMPLAINT FILED 02/14/2018 OF DOOL & ASSOCIATES LLC BY DOOL & ASSOCIATES LLC FILED | | |
| **Minutes** | Print Minute Order | | | |
| Receipt: 180307-0443 | $500.00 | | | |
| N | 02/26/2018 | PROOF OF SERVICE BY MAIL OF AMENDED ANSWER ON H.G. LONG WITH A MAILING DATE OF 02/26/18 FILED. (NON-COMPLAINT) | Not Applicable | |

| N | 02/26/2018 | AMENDED ANSWER - UNLAWFUL DETAINER FILED BY JANICE CHAMPION | Not Applicable | |
|---|---|---|---|---|
| N | 02/20/2018 | PROOF OF SERVICE OF ANSWER SERVED ON DOOL & ASSOCIATES SERVED 02/20/18 FILED (NON-COMPLAINT) | Not Applicable | |
| N | 02/20/2018 | ANSWER TO UNLAWFUL DETAINER COMPLAINT FILED 02/14/2018 OF DOOL & ASSOCIATES LLC BY JANICE CHAMPION REPRESENTED BY PRO/PER FILED. ($10,000 OR UNDER) | Not Applicable | |

**Minutes**    Print Minute Order
Receipt: 180220-0361    $255.00

| N | 02/14/2018 | CERTIFICATE OF COUNSEL FILED. THE ZIP CODE IS 92544. | Not Applicable | |
|---|---|---|---|---|
| N | 02/14/2018 | CIVIL CASE COVER SHEET FILED. | Not Applicable | |
| | 02/14/2018 | UNLAWFUL DETAINER - COMPLAINT AND PARTY INFORMATION ENTERED | Not Applicable | |
| N | 02/14/2018 | CLERK'S NOTICE OF COMPLAINT FOR UNLAWFUL DETAINER AND NOTICE OF CASE ASSIGNMENT TO DEPARTMENTS FOR ALL PURPOSES. | Not Applicable | |

**Minutes**    Print Minute Order

| | 02/14/2018 | HEARING RE: UD OSC SET 4/16/18 AT 8:00 IN CLEH | | |
|---|---|---|---|---|
| N | 02/14/2018 | SUMMONS ISSUED ON UNLAWFUL DETAINER COMPLAINT FILED 02/14/2018 OF DOOL & ASSOCIATES LLC AND FILED. | Not Applicable | |
| | 02/14/2018 | PREJUDGMENT CLAIM OF RIGHT TO POSSESSION ATTACHED TO THE COMPLAINT | Not Applicable | |
| N | 02/14/2018 | COMPLAINT FILED - UNLAWFUL DETAINER UNDER $10,000. (HEMET) | Not Applicable | |

**Minutes**    Print Minute Order
Receipt: 180214-0298    $270.00

| | 02/14/2018 | CASE ASSIGNED TO DEPARTMENT H1 - UNLAWFUL DETAINER. (HEMET) | | |
|---|---|---|---|---|

### Case HEC1800310 - Pending Hearings

| Date | Action Text | Disposition | Image |
|---|---|---|---|
| This Case Does Not Have Any Pending Hearings | | | |

Print This Report
Close This Window

Riverside Public Access 5.7.27 © 2018 Journal Technologies, Inc. All Rights Reserved. www.isd-corp.com
Contact Us

# PROOF OF SERVICE

I, the undersigned, declare as follows:

I am employed in the County of Riverside, State of California. I am over the age of 18 years, and not a party to the within action. I am an employee of or agent for Cummings, McClorey, Davis, Acho & Associates, P.C., 3801 University Avenue, Suite 560, Riverside, California 92501.

I hereby certify that on June 22, 2018, I electronically filed the foregoing REQUEST FOR JUDICIAL NOTICE, with the Clerk of the Court for the United States District Court, Central District of California, by using the CM/ECF system.

I certify that participants in the case who are registered CM/ECF users will be served by the Central District CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

SEC, Dept of Treasury, C.R.I.S. EX REL
Janice Champion Relatrix
46601 Bautista Canyon Road
Hemet, CA 92544

Executed on June 22, 2018, in Riverside, California. I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

/S/ Charmaine Apacible
Charmaine Apacible, Declarant

**Cummings, McClorey, Davis, Acho & Associates, P.C.**
3801 University Avenue, Suite 560
Riverside, CA 92501
Telephone (951) 276-4420
Facsimile (951) 276-4405

**PROOF OF SERVICE**